AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Woodcock, John A | 2. Court or Organization<br><br>Maine | 3. Date of Report<br><br>05/12/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>P.O. Box 756<br>Bangor, ME 04402-0756 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Emeritus Member of Board of Trustees | Bowdoin College |
| 2. Member Board of Visitors | University of Maine School of Law |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 19 A 11:39 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A | 05/12/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 12/31/07 | United States Judges Admin Office of the US Courts | $ 159,654.22 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A | 05/12/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merck Common Stock | A | Dividend | K | T | | | | | |
| 2. Bowater Common Stock | A | Dividend | | | Sell | 05/10 | J | A | |
| 3. Boeing Common Stock | A | Dividend | J | T | | | | | |
| 4. Cisco Common Stock | | None | K | T | | | | | |
| 5. MetLife Common Stock | A | Dividend | K | T | | | | | |
| 6. Wells Fargo Common Stock | C | Dividend | M | T | | | | | |
| 7. Powershares Wilderhill Clean Energy Portfolio | | None | K | T | Buy | 02/14 | J | | |
| 8. Citizens Communications Common Stock | B | Dividend | K | T | | | | | |
| 9. Mitsui Common Stock - ADRs | B | Dividend | L | T | | | | | |
| 10. Barclays PLC ADR Common Stock | A | Dividend | | | Sell | 03/29 | K | D | |
| 11. Morgan Stanley Bank Deposits | B | Interest | L | T | Transfer | | L | | |
| 12. Powershares Lux Nonotech Portfolio (Comment) | | None | J | T | | | | | |
| 13. Legg Mason Appreciation Fund (Comment) (X) | | | | | | | | | |
| 14. ExxonMobil Common Stock | B | Dividend | L | T | | | | | |
| 15. General Electric Common Stock | B | Dividend | L | T | | | | | |
| 16. The Growth Fund of America | A | Dividend | K | T | | | | | |
| 17. SCP Pool Corp. Common Stock | A | Dividend | | | Sell | 03/13 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Medtronic Common Stock | A | Dividend | | | Sell | 11/29 | J | A | |
| 19. Microsoft Common Stock | A | Dividend | J | T | | | | | |
| 20. Norfolk Southern Common Stock | A | Dividend | K | T | | | | | |
| 21. Pepsico Common Stock | A | Dividend | K | T | | | | | |
| 22. Precision Drilling Trust Common Stock | A | Dividend | | | Sell | 02/14 | J | A | |
| 23. Procter & Gamble Common Stock | A | Dividend | K | T | | | | | |
| 24. Citadel Common Stock (Comment) (Y) | | None | J | T | | | | | |
| 25. Bangor Savings Bank Checking Account | A | Interest | J | T | | | | | |
| 26. ASA (Bermuda) LTD Common Stock | A | Dividend | J | T | | | | | |
| 27. Health Care Service Group | | None | K | T | Buy | 11/27 | K | | |
| 28. Fidelilty Trend Fund | A | Dividend | K | T | | | | | |
| 29. Nuveen Tax Adv Total Return Strategy Fund | B | Dividend | K | T | | | | | |
| 30. Xerox Common Stock (Comment)(X) | | | | | | | | | |
| 31. Morgan Stanley India Investment Fund | A | Dividend | K | T | | | | | |
| 32. CVS Common Stock | A | Dividend | K | T | | | | | |
| 33. Sunstone Hotel Investors (REIT) | A | Dividend | J | T | Buy | 02/14 | K | | |
| 34. Legg Mason Fundamental Value Fund (Comment) (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. United Technologies Common Stock | A | Dividend | K | T | Buy | 11/27 | K | | |
| 36. AT&T Common Stock (Comment) | A | Dividend | K | T | | | | | |
| 37. Legg Mason Capital & Income Fund | A | Dividend | K | T | | | | | |
| 38. Legg Mason Partners Appreciation Fund (Comment) (X) | A | Dividend | K | T | | | | | |
| 39. Investment Company of America | A | Dividend | J | T | | | | | |
| 40. United Natural Foods, Inc. Common Stock | | None | K | T | | | | | |
| 41. UBS Bank USA Dep Acct (Comment) | B | Interest | | | Transfer | 06/27 | L | | |
| 42. Royce Micro-Cap IRA Account | A | Dividend | K | T | | | | | |
| 43. EuroPac Growth Mutual Fund | A | Dividend | J | T | | | | | |
| 44. Qualcomm, Inc. Common Stock | | None | | | Sell | 02/14 | J | A | |
| 45. Lord Abbett Affiliated Fund | A | Dividend | K | T | | | | | |
| 46. American Capital Income Builder Mutual Fund | B | Dividend | K | T | Buy | 02/23 | L | | |
| 47. Legg Mason Appreciation Mututal Fund IRA (Comment) | A | Dividend | K | T | | | | | |
| 48. Legg Mason Capital and Income Fund IRA (Comment) | A | Dividend | K | T | | | | | |
| 49. Home Depot Common Stock | A | Dividend | | | Sell | 11/29 | J | A | |
| 50. Eagle Bulk Shipping, Inc. Common Stock | B | Dividend | K | T | | | | | |
| 51. American Capital Strategies Ltd Common Stock | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,000 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    ● =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Funds Investment Company Coverdell Account | A | Dividend | J | T | | | | | |
| 53. Automatic Data Processing Common Stock | A | Dividend | J | T | | | | | |
| 54. Wyeth Com Common Stock | A | Dividend | K | T | | | | | |
| 55. Target Corp | A | Dividend | K | T | | | | | |
| 56. American Funds Income Fund of America CL A | B | Dividend | L | T | | | | | |
| 57. Discover Financial Services Common Stock | A | Dividend | J | T | Buy | 07/13 | J | | |
| 58. Investors Financial Services Corp Common Stock (Comment) | A | Dividend | | | Transfer | 07/02 | K | | |
| 59. Northrup Grumman Common Stock | A | Dividend | K | T | | | | | |
| 60. S & P 500 Depository Receipts | A | Dividend | J | T | | | | | |
| 61. Public SVC Enterprise Group Common Stock | | None | | | Sell | 02/13 | J | B | |
| 62. Morgan Stanley Common Stock | A | Interest | J | T | Buy | 02/23 | K | | |
| 63. Pitney Bowes Inc. Common Stock | | None | | | Sell | 02/13 | J | C | |
| 64. Power Shares High Growth Mutual Fund | A | Int./Div. | J | T | Buy | 02/23 | K | | |
| 65. McDonalds Corp. Common Stock | A | Dividend | K | T | | | | | |
| 66. IBM Common Stock | A | Dividend | K | T | | | | | |
| 67. State Street Corp. Common Stock (Comment) | A | Dividend | K | T | | | | | |
| 68. Johnson & Johnson Common Stock | A | Dividend | K | T | Partial buy | 02/23 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,000 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Patterson Companies Common Stock | | None | | | Sell | 11/27 | J | A | |
| 70. Stericycle Common Stock | | None | K | T | | | | | |
| 71. Sysco Common Stock | A | Dividend | K | T | | | | | |
| 72. US Bancorp Common Stock | B | Dividend | K | T | | | | | |
| 73. J.P. Morgan Chase Common Stock | A | Dividend | K | T | | | | | |
| 74. Zimmer Holdings Common Stock | | None | K | T | | | | | |
| 75. Bellsouth Corp Common Stock (Comment) | | None | | | | | | | |
| 76. Union Central Universal Life Insurance Policy | A | Interest | L | T | | | | | |
| 77. MetLife Life Insurance Policies | A | Dividend | L | T | | | | | |
| 78. Intel Corp Common Stock | A | Dividend | K | T | Partial buy | 02/23 | J | | |
| 79. Walt Disney Co. Common Stock | A | Dividend | J | T | | | | | |
| 80. UBS Bank Deposit Account (Comment) | A | Interest | | | Transfer | 06/27 | J | | |
| 81. H & R Block, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 82. Bristol Myers Squibb Common Stock | A | Dividend | J | T | | | | | |
| 83. Broadridge Financial Solutions LLC (Comment) | | None | | | Spin off | 04/02 | J | | |
| 84. Chevron Corp Common Stock | A | Dividend | K | T | | | | | |
| 85. Citigroup Inc. Common Stock | A | Dividend | | | Sell | 02/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  ConocoPhillips Common Stock | A | Dividend | K | T | | | | | |
| 87.  Du Pont E. I. De Nemours & Co. Common Stock | A | Dividend | J | T | | | | | |
| 88.  Broadridge Financial Solutions LLC (Comment) | A | Dividend | | | Sell | 11/29 | J | A | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2=More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A | 05/12/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Items 11, 41 and 80: On June 27, 2007, Morgan Stanley became the broker for the bulk of the accounts. This required a transfer from UBS to Morgan Stanley, which took place on June 27, 2007. For the most part, the transfer does not affect this report, except both UBS and Morgan Stanley retain cash for the accounts in thier cash vehicles. The new Morgan Stanley cash account is reflected in Item 11. The cash in UBS accounts in items 41 and 80 was transferred to item 11.

Items 13, 30, 34, 37, 38 : These items were detailed in the 2006 report as the assets of ███████████ ████████████████████████████ the items are listed only for tracking purposes.

Item 24: On February 24, 2006, Walt Disney Company agreed to merge Citadel with Disney's ABC Radio and then existing Disney shareholders received Citadel common stock. The transaction took place during 2006 and was inadvertently omitted from the 2006 financial report. The value of the shares in Citadel has been "J".

Item 58: Effective July 2, 2007, Investors Financial Services Corp was acquired by State Street Corp. and is now reported under that name in item 67.

Item 75: Effective December 29, 2006, BellSouth merged with ATT&T and is now reported under that name in item 36.

Item 83: Automatic Data Processing spun off Broadridge Financial Solutions, LLC on April 2, 2007; this is reported in item 83. Broadridge was sold on November 29, 2007; the sale and the income before sale is reported in item 88.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544